**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **KUBAT PHARMACY, LLC,** | |
| **Plaintiff,** | **8:20CV505** |
| **vs.** | |
| **SMART-FILL MANAGEMENT GROUP, Inc.;** | **ORDER SETTING TRIAL** |
| **Defendant.** | |

This matter is before the Court following a planning conference held with counsel for the parties on January 28, 2022, before the undersigned magistrate judge. In accordance with the matters discussed during the planning conference and for good cause shown,

**IT IS ORDERED:**

1)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, remains **February 15, 2022**.

2)     The deadline for filing motions to dismiss and motions for summary judgment is extended to **April 11, 2022**.

3)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 29, 2022**, at **11:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **August 22, 2022**.

4)     The jury trial of this case is set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **September 12, 2022**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

5)     Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

Dated this 28th day of January, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge